# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GWENDOLYN MCKINSEY, on behalf of herself and others similarly situated<br>         Plaintiff, | :<br>:  CIVIL ACTION NO.:<br>:<br>:  3:21-cv-01284-SVN |
| v. | : |
| | : |
| NEW DAY HOME CARE, INC., CREATIVE LIVING COMMUNITY CARE, LLC, CLEMENT POWNALL, AND GRACE POWNALL<br>         Defendants. | :<br>:<br>:<br>:  JANUARY 17, 2022<br>: |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF RULE 23 CLASS AND FAIR LABOR STANDARDS ACT COLLECTIVE SETTLEMENT

### I.    INTRODUCTION

Gwendolyn McKinsey ("Named Plaintiff") and New Day Home Care, Inc., Creative Living Community Care, LLC, Clement Pownall, and Grace Pownall ("Defendants"), by and through their undersigned counsel, submit this joint motion to approve a proposed agreement ("Settlement Agreement")[1] to resolve the claims asserted in this lawsuit on behalf of both the Named Plaintiff, a putative class under Rule 23 and the Connecticut Wage Act ("CWA"), and a collective under the federal Fair Labor Standards Act ("FLSA"). The Settlement Agreement is attached hereto as **Ex. 1**.

The Court should approve the Agreement because it is the result of arms' length negotiations, including a one-day mediation before Magistrate Judge Donna Martinez, a mediator experienced in wage and hour collective and class actions. It is a fair and reasonable resolution of a *bona fide* dispute involving claims for unpaid overtime wages under the FLSA. Accordingly, the Named Plaintiff respectfully requests that this Court

---

[1] Definitions and terms contained in the Settlement Agreement are the same as those contained herein.

1

enter the proposed preliminary order, and later the proposed final order, approving the settlement and dismissing the action with prejudice (**Ex. 2** and **Ex. 3**). The Parties further attach a memorandum of law in support of this settlement.

As discussed in the memorandum, the proposed settlement resolves *bona fide* disputes over unpaid wages under the FLSA. Further, the proposed settlement is fair and reasonable as it is the product of arms-length negotiations between experienced legal counsel achieved with the assistance of District Court Magistrate Judge. Moreover, the proposed settlement achieves immediate recovery for individuals who choose to accept their share, while allowing any individuals who may choose to pursue their individual claims to do so.  Accordingly, this Court should approve the Settlement Agreement.

Respectfully submitted,

GWENDOLYN McKINSEY,

On behalf of the Plaintiff, and others similarly situated,

By:   /s/ *Michael T. Petela*
Michael T. Petela, Jr. (ct28251)
Hayber, McKenna & Dinsmore, LLC
472 Wheelers Farm Rd
Milford, CT 06461
Tel.: (203) 691-6491
Fax: (860) 218-9555
mpetela@hayberlawfirm.com
By their Attorneys

NEW DAY HOME CARE, INC.,
CREATIVE LIVING COMMUNITY
CARE, LLC, CLEMENT POWNALL,
AND GRACE POWNALL

On behalf of Defendants,

/s/ David A. Brosnihan
_____
David A. Brosnihan, Esq. (ct29493)
**The Chartwell Law Offices LLP**
170 Worcester St., Suite 200
Wellesley, Massachusetts 02481
Tel: (617) 420-8046; fax: 617-395-2627
dbrosnihan@chartwelllaw.com

3

**CERTIFICATION OF SERVICE**

I hereby certify that on **January 17, 2023**, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

                                                      /s/ *Michael Petela*
                                                  Michael Petela