UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GWENDOLYN MCKINSEY**, on behalf of herself and others similarly situated<br>        Plaintiff, | :<br>: CIVIL ACTION NO.:<br>:<br>: 3:21-cv-01284-MEG |
| v. | :<br>: |
| **NEW DAY HOME CARE, INC., CREATIVE LIVING COMMUNITY CARE, LLC, CLEMENT POWNALL, AND GRACE POWNALL**<br>        Defendants. | :<br>:<br>:<br>:<br>: APRIL 25, 2023<br>: |

### CONSENTED-TO MOTION FOR FINAL APPROVAL OF RULE 23 CLASS AND FAIR LABOR STANDARDS ACT COLLECTIVE SETTLEMENT

**I.   INTRODUCTION**

Gwendolyn McKinsey ("Named Plaintiff"), with the consent of New Day Home Care, Inc., Creative Living Community Care, LLC, Clement Pownall, and Grace Pownall ("Defendants"), by and through her undersigned counsel, submits this motion to approve a proposed agreement ("Settlement Agreement")[1] to resolve the claims asserted in this lawsuit on behalf of both the Named Plaintiff, a putative class under Rule 23 and the Connecticut Wage Act ("CWA"), and a collective under the federal Fair Labor Standards Act ("FLSA"). In support thereof, Plaintiff represents as follows:

On January 17, 2023, the parties jointly moved for preliminary approval of this settlement [Doc. 42], attaching a memorandum of law in support [Doc. 42-1], as well as a proposed preliminary order of approval [Doc. 42-3] and a proposed final order of approval [Doc. 42-4].

---

[1] Definitions and terms contained in the Settlement Agreement are the same as those contained herein.

1

On February 15, 2023, following a brief conference with the Court on the same day, the parties jointly moved for revision of the proposed preliminary order [Doc. 52]. The purpose of the revision was to modify three deadlines and one typographical error. The deadlines were modified in order facilitate notice to the class, and did not affect the parties' proposed final order [Doc. 42-4].

The Settlement Agreement was preliminarily approved on or about February 16, 2023 [Doc. 53]. The arguments in favor of approval are the same as those set forth in the memorandum in support of the parties' joint motion to preliminarily approve the claims of the putative class and collective [Doc. 42-1].

The conditions set forth in the court's preliminary order approving the settlement have been met. On March 1, 2023, notice was timely issued to putative class members providing them an estimated settlement amount and a period to submit objections or requests for exclusion.  One class member requested exclusion, and no objections were received.  The notice period and the period to file objections ran concurrently from March 1, 2023 to March 31, 2023.

On or about April 18, 2023, consistent with the Court's preliminary order, Class Counsel filed a status report, attaching as exhibits the one exclusion and an affidavit providing details of the mailing of notice to the class three weeks prior to the fairness hearing (scheduled May 9, 2023).

This Court should issue final approval of the settlement consistent with the proposed final order of approval submitted on January 17, 2023 [Doc. 42-4]. The Court should approve the Agreement because it is the result of arms' length negotiations, including a one-day mediation before Magistrate Judge Donna Martinez, a mediator

experienced in wage and hour collective and class actions.  It is a fair and reasonable resolution of a *bona fide* dispute involving claims for unpaid overtime wages under the FLSA. Accordingly, the Named Plaintiff respectfully requests that this Court enter the proposed final order, approving the settlement and dismissing the action with prejudice.

As discussed in the memorandum filed on January 17, 2023, the proposed settlement resolves *bona fide* disputes over unpaid wages under the FLSA. Further, the proposed settlement is fair and reasonable as it is the product of arms-length negotiations between experienced legal counsel achieved with the assistance of District Court Magistrate Judge. Moreover, the proposed settlement achieves immediate recovery for individuals who choose to accept their share, while allowing any individuals who may choose to pursue their individual claims to do so.

Accordingly, this Court should approve the Settlement Agreement in the manner described in the attached revised proposed final order (**Ex. A**), which is substantively identical to the previous proposed final order (redlined version of changes to previous proposed final order [Doc. 42-40 attached hereto as **Ex. B**).

Respectfully submitted,

        GWENDOLYN McKINSEY,

        On behalf of the Plaintiff, and others similarly situated,

        By:    /s/ *Michael T. Petela*
                Michael T. Petela, Jr. (ct28251)
                Hayber, McKenna & Dinsmore, LLC
                472 Wheelers Farm Rd
                Milford, CT 06461
                Tel.: (203) 691-6491
                Fax: (860) 218-9555
                mpetela@hayberlawfirm.com
                By her Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on **April 25, 2023**, a copy of the foregoing was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

      /s/ *Michael Petela*
Michael Petela